In the Matter of the Probate of the Last Will and Testament of JOHN HENRY FRICKE, Deceased.

(Submitted October 14, 1892; decided October 28, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made June 3, 1892, which affirmed a decree of the surrogate of the county of New York admitting to probate the last will and testament of John Henry Fricke, deceased.

*Horace Graves* for appellants.

*Willard Parker Butler* and *Charles B. Reid* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ANNIE BARRETT, an Infant, etc., Appellant, *v.* GEORGE WALDO SMITH et al., Respondents.

(Argued June 17, 1892; decided October 28, 1892.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made May 4, 1891, which affirmed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Richard O' Gorman* for appellant.

*James A. Seaman* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.